PRAECIPE FOR SUMMONS



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:12 CR 139 CWR-FKB

JONATHAN KYLE GASKAMP
(Wherever Found)

The Clerk of said Court will issue summons returnable on December 4, 2012 at 1:00 p.m., before Judge F. Keith Ball, United States Magistrate Judge at Jackson, MS, an information against the above-named defendant having been filed in the above-entitled cause on November 29, 2012.

This __29th__ day of __November__, 2012.

                                  GREGORY K. DAVIS
                                  United States Attorney

By: *Glenda R. Haynes*
                                  GLENDA R. HAYNES
                                  Assistant U. S. Attorney
                                  MS Bar # 2132

Summons issued: _____

GRH/FBI