IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

UNITED STATES                                                            PLAINTIFF

VERSUS                                        CRIMINAL NO:

                                                                         DEFENDANT

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that_____has been assigned as Probation Officer for Defendant_____and should be noticed of all future pleadings by adding as an Interested Party to said case.

**OR**

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that_____has been assigned as Probation Officer for Defendant_____and should be noticed of all future pleadings by adding as an Interested Party to said case.  Probation Officer _____is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

CAROLYN M. ROMANO
CHIEF U.S. PROBATION OFFICER


By:_____